IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JENNIFER REBECCA J.,[1]
    Plaintiff,

v.                                                      Case No. 4:24-cv-8

CAROLYN W. COLVIN,
*Acting Commissioner of Social Security*,
    Defendant.

## **FINAL ORDER**

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on December 9, 2024. ECF No. 15. Neither party has objected to the Report and Recommendation and the time to do so has expired. Having reviewed the Report and Recommendation, and having considered the record and the Report and Recommendation and finding no clear error, it is hereby ORDERED:

(1)     The Report and Recommendation, ECF No. 15, is ADOPTED as the opinion of this Court.

(2)     Plaintiff's Motion for Summary Judgment, ECF No. 10, is GRANTED.

(3)     The final decision of the Commissioner is VACATED.

(4)     This case is REMANDED for further proceedings.

The Clerk is DIRECTED to send a copy of this Final Order to all counsel of record.

It is SO ORDERED.

                                                                                      /s/
                                                      Elizabeth W. Hanes
                                                      United States District Judge

Norfolk, Virginia
Date: January 3, 2025

---

[1]     In accordance with a committee recommendation of the Judicial Conference, plaintiffs last name has been redacted for privacy reasons. Comm. on Ct. Admin. & Case Mgmt. Jud. Conf. U.S., *Privacy Concern Regarding Social Security and Immigration Opinions* 3 (2018).